## (November 27, 1967)

In the Matter of JAMES A. MCDONALD, an Attorney, Respondent. QUEENS COUNTY BAR ASSOCIATION, Petitioner.—

1142

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.